**Order entered March 7, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01027-CR
No. 05-13-01028-CR
No. 05-13-01029-CR
No. 05-13-01030-CR

**ANGELA KAY TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-55645-Q, F13-30649-Q, F13-55642-Q, F12-40522-Q**

## ORDER

Court reporters Marissa Garza and Kelly Simmons have filed a four-volume reporter's record in the above-styled cases. In volume one, the master index, Garza represents that the record consists of four volumes. In describing volumes three and four, however, the master index recites those volumes are "Volume 3 of 5" and "Volume 4 of 5." The second volume, prepared by Garza, states that is it "Volume 2 of 4 Volumes." The third and fourth volumes, prepared by Simmons, state that they are "Volume 3 of 5" and "Volume 4 of 5" respectively. We further note that volume four, the final volume, does not include a copy of Defense Exhibit One admitted into evidence during the hearing that volume four reports.

We **ORDER** court reporters Marissa Garza and Kelly Simmons to file, within **FIFTEEN** days of the date of this order, either a supplemental reporter's record consisting of the fifth volume of the reporter's record in these causes, including any exhibits admitted into evidence, or else a letter certifying that the four-volume reporter's record is complete as filed.

/s/     LANA MYERS
        JUSTICE